IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ERIC WARD<br>d/b/a The Foot Foundation LLC,<br><br>              Plaintiff,<br><br>v.<br><br>MERCK & CO., INC.,<br><br>              Defendant. | Civil No. 1:11-cv-9004<br><br>**JURY TRIAL DEMANDED**<br>The Honorable John Z. Lee |

**DEFENDANT'S MOTION**
**FOR LEAVE TO AMEND ITS SUPPLEMENTED INVALIDITY CONTENTIONS**

    Pursuant to Local Patent Rule 3.4, Defendant hereby seeks the Court's leave to amend Defendant's Supplemented Invalidity Contentions so as to incorporate evidence that Defendant uncovered during recent fact discovery. The Motion is based on this Notice, the Memorandum of Points and Authorities, the complete record in this action, and all matters of which the Court may take notice. Defendant has complied with the meet and confer requirement of the Local Rules.

                                                                       Respectfully submitted,

Dated: November 17, 2014                           By: s/Anthoula Pomrening
                                                                       Daniel A. Boehnen
                                                                        Anthoula Pomrening
                                                                        McDonnell Boehnen Hulbert & Berghoff LLP
                                                                        300 South Wacker Drive
                                                                        Chicago, IL 60606
                                                                        Tel: 312-913-0001

                                                                        Attorneys for Defendant

## Certificate of Service

I hereby certify that on November 17, 2014 a copy of the foregoing **DEFENDANT'S MOTION FOR LEAVE TO AMEND ITS INVALIDITY CONTENTIONS** was served by filing the attached paper with the Court's CM/ECF service and by electronic mail upon:

William L. Niro (wniro@nshn.com)
Christopher W. Niro (cniro@nshn.com)
NIRO, HALLER & NIRO
181 West Madison Street, Suite 4600
Chicago, Illinois 60602
Telephone: 312-236-0733

By: s/Anthoula Pomrening